UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APRIL ADJEI<br>　　　Plaintiff,<br><br>v.<br><br>CORNU MANAGEMENT,<br>　　　Defendant. | C.A. No. 04-CV-10163-WGY |

## DEFENDANT'S MOTION TO DISMISS
## COUNT TWO OF PLAINTIFF'S COMPLAINT

The Defendant, Cornu Management, through counsel, hereby moves to dismiss Count Two of Plaintiff's Complaint pursuant to Fed.R.Civ.P. 12(b)(6) as Plaintiff's M.G.L. Chapter 151B claim is barred pursuant to the applicable statute of limitations.

In support of this Motion, the Defendant relies on the Memorandum of Law In Support of Defendant's Motion to Dismiss Count Two of Plaintiff's Complaint, submitted herewith.

WHEREFORE, the Defendant respectfully requests that this Honorable Court Dismiss Count Two of Plaintiff's Complaint.

Additionally, the Defendant, pursuant to L.R. 7.1(D) makes the following:

REQUEST FOR ORAL ARGUMENT

Respectfully submitted,

CORNU MANAGEMENT
By their attorneys,

Thomas O. Moriarty, BBO #561806
Douglas A. Troyer, BBO# 645134
MARCUS, ERRICO, EMMER
& BROOKS, P.C.
45 Braintree Hill Office Park
Braintree, MA 02184
(781) 843-5000

Dated: April 26, 2004

CERTIFICATE OF SERVICE

I, Douglas A. Troyer, hereby certify that on this 26th day of April, 2004, a copy of the foregoing Defendant's Motion To Dismiss Count Two of Plaintiff's Complaint was served by facsimile and by mailing a copy, first-class, postage prepaid upon the following:

Floyd H. Anderson, Esq.
Law Offices of Floyd H. Anderson, P.C.
170 Milk Street
Boston, MA 02109

Douglas A. Troyer