UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| APRIL ADJEI )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>CORNU MANAGEMENT, )<br>      Defendant. )<br>) | C.A. No. 04-CV-10163-WGY |

**AFFIDAVIT IN COMPLIANCE WITH LOCAL RULE 7.1**

I, Douglas A. Troyer, do hereby depose and certify as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts and am an associate in the firm of Marcus, Errico, Emmer & Brooks, P.C. with a principal office located at 45 Braintree Hill Office Park, Suite 107, Braintree, Massachusetts 02184.

2. Marcus, Errico, Emmer & Brooks, P.C. is counsel to the Defendant, Cornu Management in the above-captioned matter.

3. On or about April 23, 2004, I contacted Plaintiff's Counsel, Floyd Anderson, via telephone, in an effort to confer pursuant to Local Rule 7.1 and discuss Defendant's filing of its Motion to Dismiss in this matter.

4. As of the date of this Motion, Plaintiff's counsel has failed to return my telephone calls regarding this matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF APRIL, 2004.

_____
Douglas A. Troyer