UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| APRIL ADJEI<br>　　　　Plaintiff, | )<br>)<br>)<br>) |  |
| v. | )<br>) | C.A. No. 04-CV-10163-WGY |
| CORNU MANAGEMENT,<br>　　　　Defendant. | )<br>)<br>)<br>) |  |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The Parties in the above-captioned matter submit this Joint Statement regarding pretrial schedule pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference, dated July 9, 2004. The Parties agree and request that the Court approve the following Proposed Pretrial Schedule and Discovery Plan:

Proposed Pretrial Schedule and Discovery Plan

| | |
|---|---|
| October 8, 2004 | Parties initial disclosures under Fed.R.Civ.P. 26(a)(1) due. |
| May 31, 2005 | Deadline for completion of all fact discovery, including requests for production of documents, interrogatories and fact witness depositions |
| June 30, 2005 | Plaintiff to disclose her experts and expert reports, if any |
| July 29, 2005 | Defendants to disclose its experts and expert reports, if any |
| August 31, 2005 | Depositions of Plaintiff's and Defendants' experts to be completed |
| October 15, 2005 | Deadline for serving dispositive motions, if either party determines that such a motion is appropriate. |
| December, 2005 | Trial |

The Parties understand and agree that this discovery schedule assumes the cooperation of the parties, all third party witnesses and expert witnesses. The Parties further agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the availability of fact or expert witnesses due to vacation or work schedules.

## CERTIFICATIONS

The Parties shall submit separately herewith any certifications required by Local Rule 16.1(D)(3).

WHEREFORE, the Parties respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| CORNU MANAGEMENT,<br>Defendants, | APRIL ADJEI,<br>Plaintiff, |
| /s/ Douglas A. Troyer<br>Thomas O. Moriarty, BBO# 561806<br>Douglas A. Troyer, BBO# 645134<br>MARCUS, ERRICO, EMMER<br>& BROOKS, P.C.<br>45 Braintree Hill Office Park, Suite 107<br>Braintree, MA 02184<br>(781) 843-5000 | /s/Floyd H. Anderson<br>Floyd H. Anderson, BBO# 018240<br>Law Offices of Floyd H. Anderson,<br>P.C.<br>170 Milk Street<br>Boston, MA 02109<br>(617) 542-9910 |

Dated:   September  10, 2004