UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APRIL ADJEI )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CORNU MANAGEMENT, )<br>        Defendant. )<br>) | C.A. No. 04-CV-10163-WGY |

### DEFENDANT AND DEFENDANT'S COUNSEL'S
### CERTIFICATE OF COMPLIANCE WITH D.MASS RULE 16.1(D)(3)

In accordance with D.Mass.R.16.1(D)(3), the undersigned certify that they have conferred:

    a.    With a view to establishing a budget for the costs of conducting the full course- and various alternative courses- of the litigation; and

    b.    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

*[signature]*

Thomas O. Moriarty
BBO# 561806
Douglas A. Troyer
BBO# 645134
MARCUS, ERRICO, EMMER
BROOKS, P.C.
45 Braintree Hill Office Park, Suite 107
Braintree, MA 02184
(781) 843-5000

Respectfully submitted,

*[signature]*

Tom Cornu, duly authorized agent
for the Defendant, Cornu
Management

## CERTIFICATE OF SERVICE

I, Douglas A. Troyer, hereby certify that on this 1st day of September, a copy of the foregoing Defendant's Motion To Dismiss Count Two of Plaintiff's Complaint was served by facsimile and by mailing a copy, first-class, postage prepaid upon the following:

Floyd H. Anderson, Esq.
Law Offices of Floyd H. Anderson, P.C.
170 Milk Street
Boston, MA 02109

*[signature]*

Douglas A. Troyer

2