UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

APRIL ADJEI )
    Plaintiff, )
 )
v. )   C.A. No. 04-CV-10163-WGY
 )
CORNU MANAGEMENT, )
    Defendant. )
 )

**REVISED JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to this Court's September 21, 2004 Order, the Parties in the above-captioned matter hereby submit their Revised Joint Statement regarding pretrial schedule pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts. The Parties agree and request that the Court approve the following Proposed Pretrial Schedule and Discovery Plan:

Proposed Pretrial Schedule and Discovery Plan

| | |
|---|---|
| October 21, 2004 | Parties initial disclosures under Fed.R.Civ.P. 26(a)(1) due. |
| December 2004 | ADR |
| April 15, 2005 | Deadline for completion of all fact discovery, including requests for production of documents, interrogatories and fact witness depositions |
| May 2, 2005 | Plaintiff to disclose her experts and expert reports, if any |
| May 20, 2005 | Defendants to disclose its experts and expert reports, if any |
| June 18, 2005 | Depositions of Plaintiff's and Defendants' experts to be completed |
| July 1, 2005 | Deadline for serving dispositive motions, if either party determines that such a motion is appropriate. |

September, 2005   Trial

The Parties understand and agree that this discovery schedule assumes the cooperation of the parties, all third party witnesses and expert witnesses. The Parties further agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the availability of fact or expert witnesses due to vacation or work schedules.

## CERTIFICATIONS

The Plaintiff shall submit separately herewith any certifications required by Local Rule 16.1(D)(3).

On or about September 10, 2004 the Defendant filed Defendant and Defendant's Counsel's Certificate of Compliance with D.Mass. Rule 16.1(D)(3) with the Court.

WHEREFORE, the Parties respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted,

| CORNU MANAGEMENT, | APRIL ADJEI, |
|---|---|
| Defendants, | Plaintiff, |
| /s/ | F.H.A |
| Thomas O. Moriarty, BBO# 561806 | Floyd H. Anderson, BBO# 018240 |
| Douglas A. Troyer, BBO# 645134 | Law Offices of Floyd H. Anderson, P.C. |
| MARCUS, ERRICO, EMMER & BROOKS, P.C. | 170 Milk Street |
| 45 Braintree Hill Office Park, Suite 107 | Boston, MA 02109 |
| Braintree, MA 02184 | (617) 542-9910 |
| (781) 843-5000 | |

Dated: September 23th, 2004

2