UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APRIL ADJEI<br>      Plaintiff,<br><br>v.<br><br>CORNU MANAGEMENT,<br>      Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 04-CV-10163-WGY<br>)<br>)<br>)<br>) |

## DEFENDANT'S ASSENTED TO MOTION TO CONTINUE MEDIATION

The Defendant, Cornu Management, (hereinafter "Defendant") hereby respectfully moves that this Honorable Court enter an order continuing the Court Ordered Mediation in the above-captioned matter which was recently scheduled for Tuesday, December 14, 2004 at 9:30 a.m.

In support of this Motion, the Defendant states as follows:

      On or about November 16, 2004, this Court entered an order referring this matter for alternative dispute resolution via mediation. The Court scheduled the mediation to take place on Tuesday, December 14, 2004.

      2.    Counsel for the Defendant has a jury trial of two consolidated matters before the Barnstable County Superior Court, case captioned <u>Cape Oil Delivery, Inc. v. Lacy M. Hayes, Trustee of Lacy M. Hayes Revocable Trust, et al.</u>, BACV1999-00391 which commences on Monday, December 13, 2004.

      3.    This 1999 matter has been scheduled to commence on five (5) separate occasions. Additionally, the December 13, 2004 date is a <u>firm</u> trial date selected by the Court and the parties for the commencement of the Barnstable Superior Court matter. Furthermore, the Barnstable Superior Court has scheduled a hearing on December 9, 2004 in order to hear the parties

numerous motions *in limine* on December 9, 2004 in order to effectuate jury selection and the opening of evidence on Monday, December 13, 2004. The Defendant anticipates that the trial of Barnstable Superior Court matter will last approximately five (5) to seven (7) days.

5. This is this first request for such an extension;

6. The Parties have conferred and the Plaintiff assents to the Defendant's request for a continuance. The Parties further state that the first week in January 2006 is available for both parties for the rescheduling of the mediation of this matter.

WHEREFORE, the Defendant respectfully requests that this Honorable Court continue the December 14, 2004 mediation of this matter.

Respectfully submitted,  
CORNU MANAGEMENT  
by its attorneys,  
MARCUS, ERRICO, EMMER  
& BROOKS, P.C.  

_____  
Thomas O. Moriarty, BBO #561806  
Douglas A. Troyer, BBO #645134  
45 Braintree Hill Office Park, Suite 107  
Braintree, MA 02184  
(781) 843-5000  

Dated: November 22, 2004

## CERTIFICATE OF SERVICE

I, Douglas A. Troyer hereby certify that on this 22nd day of November 2004 that a copy of the foregoing motion was served by mailing a copy thereof with adequate postage thereon to:

Floyd H. Anderson
Law Offices of Floyd H. Anderson
170 Milk Street
Boston, MA 02109
(617) 542-9910

_____
Douglas A. Troyer