# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Civil Action**
**No: 04-10163-WGY**

**ADJEI**

**Plaintiff**

v.

**CORNU MANAGEMENT**
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, C.J.**

The Court having been advised on FEB. 4, 2005 that the above-entitled action has been settled:

IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

**February 7, 2005**

**To: All Counsel**