EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

APRIL ADJEI )
    Plaintiff, )
)
v. ) C.A. No. 04-CV-10163-WGY
)
CORNU MANAGEMENT, )
    Defendant. )

### STIPULATION OF DISMISSAL

The Parties in the above-captioned action, hereby stipulate to the dismissal of all claims which have been brought or could have been brought in this action by either parties with prejudice, all rights of appeal being waived, and each side to bear their own attorneys' fees and without costs.

Respectfully submitted,

CORNU MANAGEMENT,
Defendants,

_/s/ Thomas O. Moriarty_

Thomas O. Moriarty, BBO# 561806
Douglas A. Troyer, BBO# 645134
MARCUS, ERRICO, EMMER
& BROOKS, P.C.
45 Braintree Hill Office Park, Suite 107
Braintree, MA 02184
(781) 843-5000

Dated: 5/4/05

APRIL ADJEI,
Plaintiff,

_/s/ Floyd H. Anderson_

Floyd H. Anderson, BBO# 018240
Law Offices of Floyd H. Anderson,
P.C.
170 Milk Street
Boston, MA 02109
(617) 542-9910

Dated: 2/25/05